**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HAROLD HOUSE,

                            Plaintiff,

     - against -

ANDREW GREENBAUM, ARNON BERSSON,
DAVID BERSSON, NORM BERSSON, ISAAC
ZUCKER, PRISM TRADING LLC, SECURITIES
TRADING SCHOOL LLC, PRISM TRADING
SCHOOL OF ST. LOUIS LLC,

                            Defendants.
----------------------------------------------------------------X

**JUDGMENT**

CV-10-2157 (JS)(ETB)

     A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 22, 2010, dismissing Plaintiff's Complaint without prejudice, and certifying that, pursuant to 28 U.S.C. § 1915 (a) (3) any appeal would not be taken in good faith and therefore denying *in forma pauperis* status for the purpose of an appeal, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of the Defendants; that Plaintiff's Complaint is dismissed without prejudice; and that *in forma pauperis* status for the purpose of an appeal is denied.

Dated: Central Islip, New York
        July 27, 2010

                                                      ROBERT C. HEINEMANN
                                                      CLERK OF THE COURT

                                     BY:    /S/ CATHERINE VUKOVICH
                                                          DEPUTY CLERK